CANTERBURY STORES, INC., PLAINTIFF-PETITIONER, v. CANTERBURY AT ARLINGTON, INC., DEFENDANT-RE-SPONDENT.

*Mr. Gerold Kanengiser* for the petitioner.

*Mr. Joseph J. Lafrano* and *Mr. Gregory J. Castano* for the respondent.

January 27, 1964.   Granted.